IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-182-D

COLORADO BANKERS LIFE )
INSURANCE COMPANY, )
                         Plaintiff, )
)
        v. )        **ORDER**
)
ACADEMY FINANCIAL ASSETS, LLC, )
)
                      Defendant. )

For the reasons stated in this court's order at [D.E. 17] in case number 5:23-CV-181, the court DENIES defendant's motion to dismiss [D.E. 8].

SO ORDERED. This 14 day of June, 2023.

                                                 JAMES C. DEVER III
                                                 United States District Judge